Cause No. 09-14-00538-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JAN 29 2015

CHRISTOPHER A. PRINE

CLERK

*01-15-00036-CV*

| | | |
|---|---|---|
| Russell Ham<br>T.D.C.J.-ID#1104449 | § | IN THE NINTH DISTRICT |
| | § | |
| vs. | § | COURT OF APPEALS |
| | § | |
| Williams Stephens, ET AL | § | BEAUMONT, TEXAS |
| | § | |
| | § | |

## APPELLANT RUSSELL HAM'S MOTION TO EXTEND TIME
## TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Russell Ham, Appellant, Pro se in the above styled and referanced cause number. Appellant asks this Honorable Court to extend the filing due date until February 15,2015. Appellant will respectfully show this Court the following:

### I.

### Procedural History

Appellant Ham , a prisoner confined within the walls of the Allen B.Polunsky Unit, Livingston, Texas. Appellant contends that his personal & religious property was unlawfully confiscated by Officer Sullivan. After exhausting the prison grievance program appellant filed his State Tort Claim with the 411 District Court, Polk County, Texas.

1.

Once the defendant was served and given an order to answer. The defndant filed a Motion to Dismiss. Appellant filed his amended State Tort Claim (to correct the defects). Appellants claims were dismissed by the District Court without considering the amended State Tort Claim. Appellant timely filed his Notice of Appeal.

## II.

There is no specific deadline to file this motion to extend time,10.5 Texas Rules Appellate Procedure.

## III.

### ARGUMENTS AND AUTHORITIES

This Honorable Court may grant an extention of time under Texas Rules of Appellate Procedure, Motion to extend time. The deadline to file the Appellate Brief is January 30,2015. Appell- ate Ham request an additional 45 days to file his Appellate Brief , extending the time until February 15,2015. No ions has been granted to extend the time to file the Appellate Brief.

Appellant Ham contends that he can not meet the Court ordered deadline. Texas Department of Criminal Justice,Access to Court, provides access to the unit's law library only on Tuesday through Saturday. Furthermore, appellant is only provided with 2 hours a day, a total of 10 hours a week. Finally, the Access to Courts no longer provides current caselaw and has cancelled

it's contract West Publishing. Therefore, if appellant finds caselaw in whcih he needs, he must request it, and he then receives it the following day (if it can be accessed).

This extention is not to delay or is it deliberate , but was the result of inadvertence , mistake or mischance.Dimotsis vs. State Farm lloyds, 966 S.W.2d 657,657(Tex.App-San Antonio,1998,no pet).

## PRAYER

For there reasons, Appellant Ham asks this honorable Court to grant an extention to file Appellate Brief until February 15,2015.

Respectfully submitted,

Russell Ham
T.D.C.J.-ID#1104449
Allen B.Polunsky Unit
3872 FM 350 South
Livingston,Texas 77351

3.

## CERTIFICATE OF SERVICE

I, Russell Ham, T.D.C.J.-ID#1104449, Appellant, Pro se certify that the foregoing Motion to Extend Time to file Brief has been placed in the Allen B.Polunsky Unit's mailbox on January 20,2015, postage prepaid, first class mail addressed to the Court of Appeals,Ninth District,1001 Pearl Street,Suite 330, Beaumont,Texas 77701.An additional copy has been transmitted to the following:

Briana Webb
Assistant Attorney General
P.O. Box 12548
Austin,Texas 78711

Russell Ham
T.D.C.J.-ID#1104449

4.

01-15-00036-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 29 2015

CHRISTOPHER A. PRINE
CLERK

Date:January 20,2015

Court of Appeals
Ninth District
Carol Anne Harley,Clerk
1001 Pearl Street,Suite 330
Beaumont,Texas 77701

Re:Russell Ham vs. William Stephens;ET.AL Cause No.CIV 28800;Case
Number 09-14-00538-CV

Dear Clerk,

Enclosed please find (1) Original copy of Appellant Russell Ham's Motion to extend time to file Brief. Would you please file this motion and bring it to their attention.

Also , Would you please file stamp my copy of the foegoing motion for my filings purposes. And return it to me in the enclosed Self Addressed Stamped Envelope for your convenience.

Thank you for your time and assistance in this matter.

Thank you,

Russell Ham
T.D.C.J.-ID#1104449
3872 FM 350 South
Allen B.Polunsky unit
Livingston,Texas 77351